2016 ND 183

**STATE of North Dakota, Plaintiff and Appellee**

v.

**Jonathan KORDONOWY, Defendant and Appellant.**

No. 20140327.

Supreme Court of North Dakota.

Sept. 15, 2016.

Burleigh County State's Attorney's Office, Bismarck, N.D., for plaintiff and appellee.

Danny L. Herbel, Bismarck, N.D., for defendant and appellant.

PER CURIAM.

[¶ 1] After being arrested for driving under the influence, Jonathan Kordonowy refused to submit to a chemical blood test. The State charged Kordonowy with driving under the influence and with refusing to submit to chemical testing in violation of N.D.C.C. § 39–08–01. Kordonowy moved to dismiss the refusal charge, arguing N.D.C.C. § 39–08–01(1)(e) was unconstitutional under the Fourth Amendment and N.D. Const. art. I, § 8. The district court denied Kordonowy's motion and a jury found him guilty of refusal to submit to a chemical test and not guilty of driving under the influence.

[¶ 2] In *State v. Kordonowy*, 2015 ND 197, ¶ 12, 867 N.W.2d 690, we concluded the criminal refusal statute was not unconstitutional under the Fourth Amendment or N.D. Const. art. I, § 8, and our decision in *State v. Birchfield*, 2015 ND 6, 858 N.W.2d 302.

[¶ 3] In *Birchfield v. North Dakota*, — U.S. —, 136 S.Ct. 2160, 2184–85, 195 L.Ed.2d 560 (2016), the United States Supreme Court held the Fourth Amendment permits warrantless breath tests incident to a lawful arrest for drunk driving, but absent another exception to the warrant requirement, does not permit warrantless blood tests incident to a lawful arrest for drunk driving. The United States Supreme Court concluded that in Birchfield's prosecution for refusing a warrantless blood test incident to his arrest, the refused blood test was not justified as a search incident to his arrest and reversed his conviction because he was threatened with an unlawful search. *Id.* at 2186.

[¶ 4] The United States Supreme Court granted Kordonowy's petition for writ of certiorari and remanded to this Court for consideration in light of *Birchfield v. North Dakota*. We vacate our opinion affirming Kordonowy's conviction for refusal to submit to a chemical blood test to the extent it is inconsistent with *Birchfield v. North Dakota*, and we remand to the district court with directions to dismiss with prejudice the criminal refusal charge.

[¶ 5] GERALD W. VANDE WALLE, C.J., LISA FAIR McEVERS, DANIEL J. CROTHERS, DALE V. SANDSTROM, and CAROL RONNING KAPSNER, JJ., concur.